# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 13-5202**  September Term, 2013

1:10-cv-01263-BAH

Filed On: September 11, 2013 [1455978]

Matt Sissel,

      Appellant

    v.

United States Department of Health and
Human Services, et al.,

      Appellees

## O R D E R

It is **ORDERED**, on the court's own motion, that the following briefing schedule will apply in this case:

| | |
|---|---|
| Appellant's Brief | October 24, 2013 |
| Appendix | October 24, 2013 |
| Amicus Curiae for Appellant's Brief | November 8, 2013 |
| Appellees' Brief | December 9, 2013 |
| Appellant's Reply Brief | December 23, 2013 |

All issues and arguments must be raised by appellant in the opening brief. The court ordinarily will not consider issues and arguments raised for the first time in the reply brief.

Parties are strongly encouraged to hand deliver the paper copies of their briefs to the Clerk's office on the date due. Filing by mail could delay the processing of the brief. Additionally, parties are reminded that if filing by mail, they must use a class of mail that is at least as expeditious as first-class mail. See Fed. R. App. P. 25(a). All briefs and appendices must contain the date that the case is scheduled for oral argument at the top of the cover, or state that the case is being submitted without oral argument. See D.C. Cir. Rule 28(a)(8).

                                    **FOR THE COURT:**
                                    Mark J. Langer, Clerk

                      BY:    /s/
                               Michael C. McGrail
                               Deputy Clerk