# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 13-5202**     September Term, 2014

1:10-cv-01263-BAH

**Filed On:** October 9, 2014

Matt Sissel,

       Appellant

   v.

United States Department of Health and
Human Services, et al.,

       Appellees

**O R D E R**

Upon consideration of the petition for rehearing en banc, it is

**ORDERED**, on the court's own motion, that within 15 days of the date of this order, appellees file a response to the petition for rehearing en banc, not to exceed 15 pages. Absent further order of the court, the court will not accept a reply to the response.

                       **FOR THE COURT:**
                       Mark J. Langer, Clerk

            BY:    /s/
                       Jennifer M. Clark
                       Deputy Clerk